NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

―――――――――――――――

**NEW HAMPSHIRE BALL BEARINGS, INC.,**
*Plaintiff-Appellant,*

v.

**UNITED STATES** AND
**UNITED STATES CUSTOMS AND BORDER PROTECTION,**
*Defendants-Appellees,*

AND

**UNITED STATES INTERNATIONAL TRADE COMMISSION,**
*Defendant-Appellee,*

AND

**THE TIMKEN COMPANY** AND **MPB CORPORATION,**
*Defendants-Appellees.*

―――――――――――――――

2012-1246

―――――――――――――――

Appeal from the United States Court of International Trade in No. 08-00398, Judge Gregory W. Carman.

―――――――――――――――

NEW HAMPSHIRE BALL BEARINGS v. US                                    2

Before NEWMAN, RADER, and CHEN, *Circuit Judges.*

NEWMAN, *Circuit Judge.*

# **O R D E R**

The Timken Company and MPB Corporation, and the United States and United States Customs and Border Protection, separately move without opposition for summary affirmance of the judgment of the United States Court of International Trade.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)  The motions are granted.

(2)  Each party shall bear its own costs.


                        FOR THE COURT


                        /s/  Daniel E. O'Toole
                            Daniel E. O'Toole
                            Clerk of Court


s23